IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LIBERTY ACQUISITIONS SERVICING,<br><br>Plaintiff,<br><br>v.<br><br>DAVID Q. WEBB,<br><br>Defendant. | **ORDER**<br><br>Case No. 1:13-CV-00154-RJS-DBP<br><br>Judge Robert J. Shelby |

Pursuant to 28 U.S.C. § 636(b)(1)(B), this case was referred to the Honorable Dustin B. Pead. On June 17, 2014, Judge Pead issued a Report and Recommendation on Plaintiff's Motion to Remand Case to the Utah State Court. (*See* Dkt. Nos. 7, 12.) Judge Pead concluded that remand was appropriate because the Complaint failed to assert or articulate a basis for federal question jurisdiction. (Dkt. No. 12.) Because the court lacked subject matter jurisdiction, Judge Pead recommended that the case be remanded to state court. (*Id.*) In accordance with the rules, Judge Pead ordered the parties to submit objections by July 1, 2014. (*Id.*)

Neither party submitted objections within the allotted time frame. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b). After careful consideration of the pleadings, motions, and Report and Recommendation on file, the court **ADOPTS IN FULL** Judge Pead's June 17, 2014 Report and Recommendation. (Dkt. No. 12.) Accordingly, the court **GRANTS** the Plaintiff's motion and **ORDERS** that the above-captioned case be remanded to the Second District Court, State of Utah, Ogden Division, as Case Number 130902144. (Dkt. No. 7.)

The Clerk of Court is directed to close the case.

**SO ORDERED** this 11th day of July, 2014.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge